IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTIANSEN LEE KEEFE,<br><br>Defendant. | CR 25-48-M-DWM<br><br><br>ORDER |

The United States of America has filed an Unopposed Motion for Preliminary Order of Forfeiture. (Doc 24.) Defendant Christiansen Lee Keefe has been adjudged guilty of the sole count as charged in the Indictment and has admitted to its forfeiture allegation. As such, there is a factual basis and cause to issue an order of forfeiture, pursuant to 18 U.S.C. § 924(d)(1).

Accordingly, IT IS ORDERED that the motion, (Doc. 24), is GRANTED.

IT IS FURTHER ORDERED that Keefe's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d)(1):

- Taurus PT24/7 G2 C Pistol CAL:45 SN:NGW63787; and
- Assorted ammunition and accessories.

IT IS FURTHER ORDERED that the Bureau of Alcohol, Tobacco, Firearms & Explosives and/or a designated sub-custodian is directed to seize the property

1

subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov), for at least 30 consecutive days, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n)(1) and as required by Fed. R. Crim. P. 32.2(b)(6), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), in which all interests will be addressed.

DATED this 19th day of December, 2025.

_____
Donald W. Molloy, District Judge
United States District Court