IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTIANSEN LEE KEEFE,<br><br>Defendant. | CR 25-48-M-DWM<br><br><br>ORDER |

Before the Court is the United States of America's Unopposed Motion for Final Order of Forfeiture. (Doc. 28.) Having reviewed said motion, the Court finds:

1.    The United States commenced forfeiture in this action pursuant to 18 U.S.C. § 924(d)(1).

2.    A preliminary order of forfeiture was entered on December 19, 2025. (Doc. 26.)

3.    All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 27.)

4.    It appears there is cause to issue a final order of forfeiture under 18 U.S.C. § 924(d)(1).

1

It is therefore ORDERED, DECREED, AND ADJUDGED that:

1.      The motion for final order of forfeiture, (Doc. 28), is GRANTED.

2.      The following property is finally forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1), free from the claims of any other party:

- Taurus PT24/7 G2 C Pistol CAL:45 SN:NGW63787; and

- Assorted ammunition and accessories.

3.      The United States has full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 4th day of March, 2026.

Donald W. Molloy, District Judge
United States District Court

2